No. 86–5004.  KING v. DOLE, SECRETARY OF TRANSPORTATION, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 86–5005.  BOGLE v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 86–5006.  JACKSON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 86–5008.  MCCALL v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 86–5010.  ROJAS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–5011.  COKELEY v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 86–5012.  WOLFE v. HUNTERDON COUNTY NATIONAL BANK OF FLEMINGTON.  Sup. Ct. Pa.  Certiorari denied.

No. 86–5014.  DERUGGIERO v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 86–5015.  GREEN v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 86–5016.  KRAHN v. MCGILL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–5018.  ALLEN v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–5019.  DELAND v. UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 86–5022.  ELLIS v. UNITED STATES PAROLE COMMISSION. C. A. 3d Cir.  Certiorari denied.

No. 86–5023.  HOOKS v. GRAHAM, GOVERNOR OF FLORIDA. C. A. 11th Cir.  Certiorari denied.